| | |
|---|---|
| CHERYL D. ORR (SBN 143196)<br>Cheryl.Orr@dbr.com<br>RAMON A. MIYAR (SBN 284990)<br>Ramon.Miyar@dbr.com<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA  94105-2235<br>Telephone:    (415) 591-7500<br>Facsimile:     (415) 591-7510 | PHILIPPE A. LEBEL (SBN 274032)<br>Philippe.Lebel@dbr.com<br>DRINKER BIDDLE & REATH LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 203-4000<br>Facsimile:  (310) 229-1285 |

Attorneys for Defendant
CorePower Yoga, LLC

| | |
|---|---|
| DAVID C. HAWKES (SBN 224241)<br>dhawkes@bkflaw.com<br>BLANCHARD KRASNER & FRENCH<br>800 Silverado Street, Second Floor<br>La Jolla, CA 92037<br>Telephone: (858) 551-2440<br>Facsimile: (858) 551-2434 | DEREK J. EMGE<br>derek@emgelawfirm.com<br>THE EMGE FIRM, LLP<br>501 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (619) 595-1400<br>Facsimile: (619) 595-1480 |

Attorneys for Plaintiff
Shauna Barnard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA BARNARD, an individual, on behalf of herself and all others similarly situated, all other aggrieved employees, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>COREPOWER YOGA LLC, a Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.: 3:16-03861 (HSG)**<br><br>**JOINT STIPULATION AND ORDER RE: CASE SCHEDULE** |

WHEREAS, the parties attended a Case Management Conference in this matter on October 11, 2016 and the Court ordered the parties to meet and confer regarding a proposed case schedule and e-file a stipulation and proposed order proposing said case schedule, including a class certification motion filing deadline date in July 2017;

JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE

WHEREAS, the parties have met and conferred in good faith and agreed upon a proposed case schedule;

NOW THEREFORE, the parties, by and through their undersigned counsel, stipulate and agree, and request the Court to order, the following proposed case schedule:

- Initial Disclosures:  October 4, 2016
- Disclosure deadline for class-certification experts:  May 12, 2017
- Disclosure deadline for rebuttal class-certification experts:  June 2, 2017
- Class certification expert discovery cutoff:  June 30, 2017
- Filing of Class Certification Motions:  July 28, 2017

**IT IS SO STIPULATED**

Dated:  November 14, 2016                                     DRINKER BIDDLE & REATH LLP

By: /s/ *Cheryl D. Orr*
　　Cheryl D. Orr
　　Philippe A. Lebel
　　Ramon A. Miyar

Attorneys for Defendant COREPOWER YOGA, LLC

Dated:  November 14, 2016                                     BLANCHARD KRASNER & FRENCH

By:  /s/ *David C. Hawkes*
　　David C. Hawkes

Attorneys for Plaintiff SHAUNA BARNARD

Pursuant to Civil L.R. 5.1(i)(3), I, David Hawkes, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 14, 2016                                     By: /s/ *David C. Hawkes*
　　David C. Hawkes

- 1 -

**CASE SCHEDULE ORDER**

The above JOINT STIPULATION AND [PROPOSED] ORDER is approved as the Case Schedule Order for this case and all parties shall comply with its provisions.

**IT IS SO ORDERED.**

Dated: November 16, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 2 -